Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorney for Defendant
Phillip L. Kosh

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No: 2:10-cr-00386  EJG |
| ) | |
| Plaintiff,  ) | **STIPULATION AND PROPOSED ORDER** |
| ) | **EXTENDING DEFENDANT'S TIME TO** |
| vs.  ) | **POST SECURE BOND** |
| ) | |
| PHILLIP L. KOSH  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

Defendant Phillip L. Kosh, through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Camil Skipper, agree and stipulate as follows:

1. On September 3, 2010, defendant appeared in court and was ordered released on $200,000 bond secured by real property;

2. Defendant was given three weeks, until September 24, 2010, to post the property bond with the Court and U.S. Attorney's office.

3. Defendant needs more time to facilitate the posting of the property because the property in question is in Arkansas.  Defendant is requesting and additional two weeks to complete the posting of the property bond, until October 8, 2010.

4. The government has no objection to a two week extension of time for defendant to post the post the property bond.

5. Defendant will have the property bond posted by October 8, 2010.

Dated: September 16, 2010                     LAW OFFICES OF PATRICK K. HANLY

                                              By: /s/ Patrick K. Hanly_____
                                                  Attorney for Defendant

Dated: September 16, 2010                     UNITED STATES ATTORNEY

                                              By: /s/ Patrick K. Hanly for
                                                  Camil Skipper,
                                                  Assistant United States Attorney

**IT IS SO ORDERED**.

Dated: September 16, 2010                     /s/ Kendall J. Newman_____
                                              HONORABLE Kendall J. Newman,
                                              United States Magistrate Judge