BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>PHILLIP L. KOSH,<br><br>        Defendant. | CASE NO. 2:10-CR-386-EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 15, 2010**<br><br>DATE: October 15, 2010<br>TIME: 10:00 A.M.<br>COURT: Judge Garcia |

    IT IS HEREBY STIPULATED AND AGREED between the defendant, PHILLIP L. KOSH, and the United States, through their respective counsel, that a status conference presently set for September 24, 2010, be continued to October 15, 2010, at 10:00 A.M., and that time be excluded for defense preparation and continuity of counsel under Local Code T4.

    The defendant made his initial appearance in the Eastern District of California on September 2, 2010. He has not appeared before the District Court. Discovery in this case is voluminous, and the parties are making arrangements for review and duplication of the records. In addition, Ms. Skipper is scheduled to appear before Judge Damrell on September 24, 2010, for a sentencing hearing in

United States v. Sekhon, Case no. 2:06-CR-58-FCD.  That hearing is expected to require the entire morning.

The parties further request that time be excluded pursuant to Local Code T4 for defense preparation and continuity of counsel under Local Code T4 and 18 U.S.C. § 3161 (h)(7)(B)(iv).

Date: September 16, 2010             Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     Acting United States Attorney


                                By:  /S/ Camil A. Skipper
                                     CAMIL A. SKIPPER
                                     Assistant U.S. Attorney



Date: September 20, 2010   ____  By: /s/ Patrick Hanly
                                     PATRICK HANLY
                                     Attorney for defendant


**ORDER**

1.  The status conference is continued to October 15, 2010, at 10:00 A.M.

2.  Based upon the representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through October 15, 2010, to allow reasonable time to prepare and continuity of counsel pursuant to Local Code T4 and 18 U.S.C. § 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

Date: September 21, 2010        /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Judge