Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
Phillip L. Kosh

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No: 10-386  EJG |
| ) | |
| Plaintiff,  ) | **STIPULATION AND PROPOSED ORDER** |
| ) | **EXTENDING DEFENDANT'S TIME TO** |
| vs.  ) | **POST SECURE BOND** |
| ) | |
| PHILLIP L. KOSH  ) | |
| ) | |
| Defendant.  ) | |
| ) | |
| ) | |
| ) | |

Defendant Phillip L. Kosh, through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Camil Skipper, agree and stipulate as follows:

1. On September 3, 2010, defendant appeared in court and was ordered released on $200,000 bond secured by real property;

2. Defendant was given three weeks, until September 24, 2010, to post the property bond with the Court and U.S. Attorney's office.  Defendant previously received a two week extension of time to file the property bond but has encountered and unforeseen delay.

///

///

///

3. Defendant needs more time to facilitate the posting of the property because the property in question is in Arkansas.  Defendant is requesting an additional two weeks to complete the posting of the property bond, until October 22, 2010.

4. The government has no objection to the two week extension of time for defendant to post the post the property bond.

Dated:  October 8, 2010                                        LAW OFFICES OF PATRICK K. HANLY

                                                    By:  /s/  Patrick K. Hanly
                                                           Attorney for Defendant

Dated:  October  8, 2010                                       UNITED STATES ATTORNEY

                                                    By: /s/  Patrick K. Hanly for
                                                           Camil Skipper,
                                                           Assistant United States Attorney

**IT IS SO ORDERED**.
Dated: October 8, 2010

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge