Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorney for Defendant
Phillip L. Kosh

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 10-386  EJG |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| PHILLIP L. KOSH | **Date: 10-15-2010** |
| Defendant. | **Time: 10 am** |
| | **Crtrm: Honorable Edward J. Garcia** |

    Defendant Phillip L. Kosh, through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Camil Skipper, agree and stipulate that the current status conference set for October 15, 2010, in the above case shall be re-scheduled for December 10, 2010 at 10:00 a.m., to allow more time for defense to counsel to review discovery.  The government has made 13 binders available for review but the copying of these binders will not be available for 10-14 days. The defense needs time to obtain and review and analyze the discovery.  The continuance will allow the defense to review the discovery in the case and thus be in a better position to advise the court of the status of the case at the December 10, 2010 court date.

    The parties further agree and stipulate that under 18 U.S.C. §3161( h) (7) (B) (iv), and Local Code T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including, December

10, 2010, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.

Dated: October 6, 2010                    LAW OFFICES OF PATRICK K. HANLY

                                          By: /s/  Patrick K. Hanly
                                                Attorney for Defendant

Dated: October 6, 2010                    UNITED STATES ATTORNEY

                                          By: /s/  Patrick K. Hanly for
                                                Camil Skipper,
                                                Assistant United States Attorney

## **ORDER**

Based on the stipulation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED**.
Dated: October 7, 2010                    /s/ Edward J. Garcia
                                          HONORABLE EDWARD J. GARCIA
                                          United States District Court Judge