Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
Phillip L. Kosh



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 10-386 EJG |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| PHILLIP L. KOSH | Date: 12-10-2010 |
| Defendant. | Time: 10 am |
| | Crtrm: Honorable Edward J. Garcia |

    Defendant Phillip L. Kosh, through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Camil Skipper, agree and stipulate that the current status conference set for December 10, 2010 at 10:00 a.m., in the above case shall be re-scheduled for January 28, 2011 at 10:00 a.m., to allow more time for defense to counsel to review discovery. The defense is still reviewing the 13 binders produced by the government. The defense needs time to review and analyze the discovery and conduct its investigation. The continuance will allow the defense to review the discovery in the case and thus be in a better position to advise the court of the status of the case at the January 28, 2011 court date.

    The parties further agree and stipulate that under 18 U.S.C. §3161( h) (7) (B) (iv), and Local Code T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including, January 28,

2011, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.

Dated: December 2, 2010                    LAW OFFICES OF PATRICK K. HANLY

                                           By: /s/ Patrick K. Hanly
                                           Attorney for Defendant

Dated: December 2, 2010                    UNITED STATES ATTORNEY

                                           By: /s/ Patrick K. Hanly for
                                           Camil Skipper,
                                           Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED.**
Dated: December 6, 2010

                                           HONORABLE EDWARD J. GARCIA
                                           United States District Court Judge