Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
Phillip Kosh

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No: 10-386 EJG |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER VACATING** |
| vs. | ) **CURRENT TRIAL DATE AND SETTING** |
|  | ) **NEW DATES AND EXCLUDING TIME** |
| PHILLIP L. KOSH, | ) **UNDER THE SPEEDY TRIAL ACT**AS** |
|  | ) **MODIFIED**** |
| Defendants. | ) **Date: 8-17-11** |
|  | ) **Time: 10:00 a.m.** |
|  | ) **Courtroom: Honorable EDWARD J. GARCIA** |

Defendant Phillip Kosh, through his counsel of record, Patrick K. Hanly and plaintiff United States of America, through its counsel, Assistant United States Attorney Camil Slipper, agree and stipulate that the current trial confirmation hearing date of September 30, 2011 and the current trial date of October 17, 2011 shall be vacated and in its place the Court shall set the following schedule:

Trial Confirmation Hearing: February **3****, 2012

Trail: February 21, 2012

This request is made to accommodate the trial schedule of both the government attorney and defense counsel. Defense counsel is scheduled to start a lengthy fraud trial in this court on September 19, 2011. That case will likely take 2 weeks, ending in early October, leaving defense counsel little time to prepare for the October 17 trial date. Counsel will need more time than the current schedule provides to prepare for the Kosh case. In addition, defense counsel anticipates setting a trial date in early December 2011 in a state criminal case, *People v. Anderson*, 10F02253. That case is expected to take 3-

4 weeks for trial.  The trial date in *Anderson* has been continued previously making the next trial date likely a firm date.

The February trial date is also necessary to accommodate government counsel's trial schedule.  Government Counsel is scheduled to start a 2-week trial in Judge Burrell's courtroom on September 9, 2011 (*U.S. v. Zoval*, 10-265 GEB) and a 2-week trial in Judge Karlton's courtroom on December 6, 2011 (*U.S. v. Landry*, 6-501 LKK).   This is the first trial date in this case.  The continuance is not sought for purposes of delay but to allow time for effective trial preparation.  The government does not oppose this request.

The parties further agree and stipulate that time under the Speedy Trial Act should be excluded from the date of this stipulation until and including February 21, 2012 based upon 18 U.S.C. §3161 (h)(1) (d)  and 18 U.S.C. §3161 (h) (7) (B) (iv), and Local Code T4,

Dated: August 17, 2011               /s/ Patrick K. Hanly
                                     Attorney for Defendant
                                     Phillip Kosh

Dated: August 17, 2011               UNITED STATES ATTORNEY

                                     By: /s/  Camil Skipper
                                     Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED**.
Dated: August 23 2011                /s/ Edward J. Garcia
                                     HONORABLE EDWARD J. GARCIA
                                     United States District Court Judge