Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
Phillip Kosh

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PHILLIP KOSH,<br><br>　　　　Defendant. | Case No: 10-386 EJG<br><br>**REQUEST TO EXONERATE APPEARANCE BOND AND ORDER**<br><br>**Date: N/A**<br>**Time: N/A**<br>**Courtroom: Honorable  Edward J. Garcia** |

　　　　Defendant was released on an appearance bond secured by the equity in real property pending trial.  Trial ended in a hung jury and the case against Defendant has now been dismissed.  Defendant now requests that the appearance bond be exonerated.

Dated: March 14, 2012　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Patrick K. Hanly

　　**IT IS SO ORDERED**.

　　Dated: March 14, 2012　　　　　　　　　/s/ Edward J. Garcia
　　　　　　　　　　　　　　　　　　　　　　EDWARD J. GARCIA
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge